447 A.2d 664

Commonwealth v. Rice, Appellant.

Petition for Allowance of Appeal Denied Nov. 3, 1982.

Argued September 28, 1981. John P. Fonzo, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.